**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                                             **CRIMINAL ACTION NO. 3:09CR112-P-S**

**QUAWI GATES,**                                               **DEFENDANT.**

## ORDER

This matter comes before the court upon Defendant Quawi Gates's May 7, 2010 *pro se* motion seeking assignment of new counsel [98]. After due consideration of the motion, the court finds as follows, to-wit:

The motion for new counsel is not well-taken and should be denied. The remainder of the defendant's motion would be more properly addressed by and through counsel. As long as the defendant is represented by counsel, he is not to contact the court through filings except through his counsel since the defendant is not entitled to hybrid or dual representation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant Quawi Gates's May 7, 2010 *pro se* motion seeking assignment of new counsel [98] is **DENIED**.

**SO ORDERED** this the 19th day of May, A.D., 2010.

                                                                  /s/ W. Allen Pepper, Jr.
                                                                  W. ALLEN PEPPER, JR.
                                                                  UNITED STATES DISTRICT JUDGE